UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ANTHONY S. SCHIAVO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 8:20-cv-1079 |
| | ) |
| LEB SOLUTIONS, LLC D/B/A | ) |
| ARTISTIC FLOWERS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PENDING SETTLEMENT

COMES NOW, Plaintiff, Anthony S. Schiavo by and through the undersigned counsel, hereby give notice that Plaintiff and Defendant ("the Parties") reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 3rd day of September 2020.

Respectfully Submitted,

| | |
|---|---|
| /s/ Gary Martoccio | /s/ Adam Wasch |
| Gary Martoccio, Esquire | Adam Wasch, Esquire |
| Florida Bar No.: 099040 | Florida bar No.: 071082 |
| Spielberger Law Group | WASCH RAINES |
| 4890 W. Kennedy Blvd, Suite 950 | 2500 N. Military Trail, Suite 303 |
| Tampa, FL 33609 | Boca Raton, FL 33431 |
| T: 800.965.1570 | T: 561.693.3221 |
| F: 866.580.7499 | F: 561.404.1104 |
| gary.martoccio@spielbergerlawgroup.com | awasch@waschraines.com |